| | |
|---|---|
| 1 | ROGER P. CROTEAU, ESQ. |
| | Nevada Bar No. 4958 |
| 2 | TIMOTHY E. RHODA, ESQ. |
| | Nevada Bar No. 7878 |
| 3 | ROGER P. CROTEAU & ASSOCIATES, LTD. |
| | 9120 West Post Road, Suite 100 |
| 4 | Las Vegas, Nevada 89148 |
| | (702) 254-7775 |
| 5 | (702) 228-7719 (facsimile) |
| | croteaulaw@croteaulaw.com |
| 6 | ***Attorney for Defendant*** |
| | **LVDG, LLC [SERIES 128]** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,

        Plaintiff,

vs.

INSPIRADA COMMUNITY ASSOCIATION; LVDG LLC SERIES 128; LEACH JOHNSON SONG & GRUCHOW,

        Defendants.

Case No. 2:16-cv-01932-APG-EJY

**STIPULATION TO SUBSTITUTE PARTIES**

COMES NOW Plaintiff, BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP (*"BANA"*); Defendant, LVDG, LLC SERIES 128 (*"LVDG"*); Defendants, INSPIRADA COMMUNITY ASSOCIATION (*"HOA"*) and LEACH JOHNSON SONG & GRUCHOW; and proposed Defendant, AIRMOTIVE INVESTMENTS, LLC (*"Airmotive"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On August 15, 2016, BANA filed this action seeking various relief related to a deed of trust recorded against real property commonly known as 3177 Degas Tapestry Avenue, Henderson, Nevada 89044 (*"the "Property"*) and a homeowners association lien foreclosure sale related thereto.

2. LVDG presented the prevailing bid at the HOA's foreclosure sale and thereby acquired title to the Property.

3. At the time the Plaintiff filed this action, LVDG was the record title holder of the Property.

4. LVDG subsequently transferred and conveyed its interest in the Property to Airmotive, a similarly owned entity, on or about December 16, 2016, by way of a Grant Deed recorded in the office of the Clark County Recorder on January 5, 2017, as Instrument No. 20170105-0003305.

5. Airmotive is currently the record title holder of the Property.

6. LVDG no longer claims any right, title or interest in the Property.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

7. Airmotive shall be substituted as a defendant in this action as the real party in interest in the place and stead of LVDG. LVDG shall be dismissed from this action without prejudice. All claims and defenses asserted by and against LVDG in this action shall be deemed to equally apply to Airmotive and the case caption shall be appropriately amended.

Dated this __25th__ day of October, 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendants*
*LVDG, LLC [Series 128] and*
*Airmotive Investments, LLC*

LEACH KERN GRUCHOW ANDERSON SONG

/s/ *T. Chase Pittsenbarger,*
TIMOTHY C. PITTSENBARGER, ESQ.
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, NV 89128
702-538-9074
702-538-9113 (fax)
cpittsenbarger@lkglawfirm.com
*Attorneys for Defendants*
*Inspirada Community Association and*
*Leach Kern Gruchow Anderson Song*

AKERMAN, LLP

/s/ *Rex D. Garner*
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
(702)634-5005
(702) 380-8572 (fax)
rex.garner@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

**IT IS SO ORDERED.**

By: _____
United States Magistrate Judge

Dated: __October 28, 2019__