**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, NV 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@lkglawfirm.com
cpittsenbarger@lkglawfirm.com
*Attorneys for Leach Johnson Song & Gruchow*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP F/K/A/ COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>INSPIRADA COMMUNITY ASSOCIATION; LVDG LLC SERIES 128; LEACH JOHNSON SONG & GRUCHOW,<br><br>Defendants.<br>INSPIRADA COMMUNITY ASSOCIATION,<br><br>Cross-Claimant,<br><br>vs.<br><br>LEACH JOHNSON SONG & GRUCHOW,<br><br>Cross-Defendant. | Case No.: 2:16-cv-01932-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST DEFENDANT LEACH JOHNSON SONG & GRUCHOW** |

Plaintiff Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LLP; and Defendant Leach Johnson Song & Gruchow (collectively, the "Parties"), by and through their attorney of record, hereby stipulate

that all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

| DATED this 31st day of January, 2020. | DATED this 31st day of January, 2020. |
|---|---|
| **LEACH KERN GRUCHOW ANDERSON SONG** | **AKERMAN, LLP** |
| */s/ T. Chase Pittsenbarger* <br> SEAN L. ANDERSON <br> Nevada Bar No. 7259 <br> T. CHASE PITTSENBARGER <br> Nevada Bar No. 13740 <br> 2525 Box Canyon Drive <br> Las Vegas, NV 89128 <br> *Attorney for Defendants Leach Johnson Song & Gruchow* | */s/ Rex D. Garner* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> REX D. GARNER. ESQ. <br> Nevada Bar No. 9401 <br> 1635 Village Center Cir., Suite 200 <br> Las Vegas, NV 89134 <br> *Attorney for Plaintiff Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LLP* |

## ORDER

IT IS SO ORDERED.

Dated: January 31, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE