MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>INSPIRADA COMMUNITY ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; and LEACH JOHNSON SONG & GRUCHOW,<br><br>Defendants. | Case No.: 2:16-cv-01932-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE DEFENDANT AIRMOTIVE INVESTMENTS, LLC'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 34]**<br><br>**FIRST REQUEST** |
| INSPIRADA COMMUNITY ASSOCIATION,<br><br>Counterclaimant,<br><br>v.<br><br>LEACH JOHNSON SONG & GRUCHOW,<br><br>Counter-defendant. | |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**) and defendant Airmotive Investments, LLC

52117348;1

1 respectfully submit the following stipulation to allow BANA an additional sixty days to oppose Airmotive's motion for summary judgment, ECF No. 34.

Airmotive moved for summary judgment on February 14, 2020. (ECF No. 34.) BANA's opposition is due March 6, 2020. BANA and Airmotive stipulate to extending BANA's opposition deadline by sixty days, to **May 5, 2020**, to allow BANA time to complete discovery before responding to Airmotive's motion. The discovery cut-off is not until May 18, 2020. (ECF No. 30.)

This is the first request to extend BANA's opposition deadline. This stipulation is not made to cause delay or prejudice to any party.

DATED: February 25, 2020.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| /s/ Jamie K. Combs, Esq. | /s/ Tim R. Rhoda |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148 |
| *Attorneys for plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicnig, LP f/k/a Countrywide Home Loans Servicing, LP* | *Attorneys for defendant Airmotive Investments, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: February 26, 2020.

52117348;1