MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>INSPIRADA COMMUNITY ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; and LEACH JOHNSON SONG & GRUCHOW,<br><br>Defendants.<br><br>INSPIRADA COMMUNITY ASSOCIATION,<br><br>Counterclaimant,<br><br>v.<br><br>LEACH JOHNSON SONG & GRUCHOW,<br><br>Counter-defendant. | Case No.: 2:16-cv-01932-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY SUPPORTING MOTION TO COMPEL DISCOVERY FROM LEACH JOHNSON SONG & GRUCHOW [ECF 38] AND REPLY SUPPORTING MOTION TO QUASH [ECF 41]**<br><br>**[FIRST REQUEST]** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**) and dismissed party Leach Johnson Song & Gruchow (**LJSG**) respectfully submit the following stipulation to allow BANA an additional seven

days to reply supporting its motion to compel discovery from LJSG, ECF No. 38, and similarly, to allow LJSG an additional seven days to reply supporting its countermotion to quash, ECF No. 41.

BANA filed its motion on March 3, 2020. (ECF No. 38.) LJSG filed its opposition and counter-motion to quash on March 17, 2020. (ECF No. 41.) BANA's deadline to file its reply is March 24, 2020. BANA's deadline to oppose LGSJ's counter-motion to quash is March 31, 2020. BANA and LJSG stipulate to extend BANA's deadline to reply supporting its motion to compel, ECF No. 38, by one week, to **March 31, 2020**, to allow BANA additional time to prepare its briefing and to file one brief including a reply supporting its motion to compel and opposition to LJSG's counter-motion to quash.

The parties similarly agree to extend LJSG's deadline to file its reply supporting its countermotion, ECF No. 41, which would otherwise be due on April 7, 2020, by seven days, to April 14, 2020.

This is the first request to extend the reply briefing deadlines. This stipulation is not made to cause delay or prejudice to any party.

DATED: March 24, 2020

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Sean L. Anderson* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff Bank of America, N.A.* | SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89129<br><br>*Attorneys for dismissed party Leach Johnson Song & Gruchow* |

**ORDER**

IT IS SO ORDERED:

[signature]

UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-01932-APG-EJY

March 26, 2020

DATED

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2