DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: rex.garner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>INSPIRADA COMMUNITY ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; and LEACH JOHNSON SONG & GRUCHOW,<br><br>Defendants. | Case No.: 2:16-cv-01932-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE DEFENDANT AIRMOTIVE INVESTMENTS, LLC'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 34]**<br><br>**SECOND REQUEST**<br><br>(ECF No. 48) |
| INSPIRADA COMMUNITY ASSOCIATION,<br><br>Counterclaimant,<br><br>v.<br><br>LEACH JOHNSON SONG & GRUCHOW,<br><br>Counter-defendant. | |

52925966;1

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**) and defendant Airmotive Investments, LLC respectfully submit the following stipulation to allow BANA an additional 60 days to oppose Airmotive's motion for summary judgment, ECF No. 34.

Airmotive moved for summary judgment on February 14, 2020. (ECF No. 34.) BANA's opposition is due May 5, 2020. (ECF No. 36.) BANA and Airmotive stipulate to extending BANA's opposition deadline by sixty days, to **July 6, 2020**, to allow BANA additional time to complete discovery. BANA has sought documents from Leach Johnson pursuant to a subpoena which may affect its response. BANA filed a motion to compel related to its subpoena on March 4, 2020, which remains pending. Additionally, BANA intends to take the depositions of Airmotive, the HOA, and Leach Johnson, however, due to COVID-19 and related closures the depositions are being postponed and the parties will be submitting a stipulation to extend discovery to accommodate. BANA requests the ability to complete these deposition before responding to the summary judgment motion.

This is the second request to extend BANA's opposition deadline. This stipulation is not made to cause delay or prejudice to any party, but to allow BANA to complete discovery.

DATED: May 4, 2020

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jamie K. Combs, Esq.* | */s/ Timothy E. Rhoda* |
| DARREN T. BRENNER, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 4958 |
| JAMIE K. COMBS, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 9120 West Post Road, Suite 100 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89148 |
| *Attorneys for plaintiff Bank of America, N.A.* | *Attorneys for Airmotive Investments, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

5/4/2020
_____
DATED

2

52925966;1