MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>INSPIRADA COMMUNITY ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; and LEACH JOHNSON SONG & GRUCHOW,<br><br>Defendants.<br><br>INSPIRADA COMMUNITY ASSOCIATION,<br><br>Counterclaimant,<br><br>v.<br><br>LEACH JOHNSON SONG & GRUCHOW,<br><br>Counter-defendant. | Case No.: 2:16-cv-01932-APG-EJY<br><br>**STIPULATION AND ORDER TO WITHDRAW (1) MOTION TO COMPEL DISCOVERY FROM LEACH JOHNSON SONG & GRUCHOW AND (2) COUNTERMOTION TO QUASH SUBPOENA DUCES TECUM**<br><br>**[ECF NOS. 38 AND 41]** |

53956192;1

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**) and non-party[1] Leach Johnson Song & Gruchow (**LJSG**) stipulate to withdraw (**1**) BANA's motion to compel discovery from LJSG, ECF No. 38, and (**2**) LJSG's countermotion to quash subpoena duces tecum, ECF No. 41, with both BANA and LJSG to bear their own attorneys' fees and costs related to the motions and subpoena duces tecum. Both motions are scheduled for hearing on **Monday, July 27, 2020** at **10:00 a.m.**

DATED: July 23, 2020.

| AKERMAN LLP | LEACH JOHNSON GRUCHOW ANDERSON SONG |
|---|---|
| /s/ Rex D. Garner | /s/ Sean L. Anderson |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128 |
| *Attorneys for plaintiff Bank of America, N.A.* | *Attorneys for Leach Johnson Song & Gruchow* |

**ORDER**

IT IS HEREBY ORDERED that the Stipulation and Order to Withdraw (1) Motion to Compel Discovery from Leach Johnson Song & Gruchow and (2) Countermotion to Quash Subpoena Duces Tecum is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk of Court shall revise the court docket to reflect ECF Nos. 38 and 41 are withdrawn.

IT IS FURTHER ORDERED that the motions hearing currently set for July 27, 2020 at 10:00 a.m. is **VACATED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 23, 2020

---

[1] BANA originally named LJSG as a defendant but dismissed its claims against it on January 31, 2020. (ECF No. 31.)

2

53956192;1